### EVAN EVANS v. JOHN BOGGS.

Supreme Court.  New Castle.  April, 1794.